IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-MJ-1069

IN RE: SEIZURE WARRANT FOR :
:
Funds Totaling Up To $514,729.85 And :
Contained In First Community Bank Account:
Numbered 8000164132, Held In The Name of :
Annapurna, LLC :

**ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 8 day of August, 2013.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge